Decided 10 July, 1899.

HENDRICKS v. HARNEY LAKE IRRIGATION CO.

[57 Pac. 1103.]

From Harney : MORTON D. CLIFFORD, Judge.

Application by John R. Hendricks for an injunction restraining the Malheur & Harney Lake Irrigation Company from lowering the waters of a certain lake. Plaintiff moved specially to quash the service of summons, and declined to plead further when the motion was overruled.
    AFFIRMED.

*Mr. F. S. Ivanhoe*, for appellant.

*Mr. Lionel R. Webster*, for respondent.

MR. CHIEF JUSTICE WOLVERTON delivered the opinion.

The questions presented in this case are identical with those presented in *Bailey* v. *Malheur Irrigation Co*. 36 Or. 54 (57 Pac. 910); that case is, therefore, decisive of this, and the decree of the court below must be affirmed.
    AFFIRMED.

Decided 11 August, 1899.